1  Eliza Ghanooni, SBN 252063
   Price Law Group, APC
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  (818) 995-4540 Telephone
4  (818) 995-9277 Facsimile

5  Attorney for Debtor

6  # UNITED STATES BANKRUPTCY COURT

7  ## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES

| In re: | Chapter 13 |
|---|---|
| Arsenio Evangelista Baltazar, Jr. | Case No: 2:10-bk-38790-VK |
|  | **APPLICATION FOR SUPPLEMENTAL FEES** (No Hearing Required) |
| Debtor |  |

**TO: THE HONORABLE ERNEST M. ROBLES /UNITED STATES BANKRUPTCY JUDGE; NANCY K CURRY /CHAPTER 13 TRUSTEE; AND TO ALL INTERESTED PARTIES:**

Applicant is counsel of record for the above-named Debtor who is under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of **$4,000**. There have been no supplemental fees awarded to date. Total fees awarded to date are **$4,000**. There are no additional pending supplemental fee applications. Since Confirmation of said Plan, Applicant has performed certain extraordinary services at the request of the Debtor as follows:

SEE ATTACHED ADDENDUM

The reasonable value for said services is **$1,904.34**, of which $0.00 has been paid. WHEREFORE, your applicant prays that an allowance be made in the sum of **$1,904.34**.

DATED: 1-26-11

PRICE LAW GROUP, APC

_____
Eliza Ghanooni
Attorney for Debtor

-1-

| Debtor: | Arsenio Evangelista Baltazar, Jr. |
|---|---|
| Case No: | 2:10-bk-38790-VK |

## ADDENDUM

| DATE | ACTIVITY | HOURS |
|---|---|---|
| 28-Jul-10 | Eliza Ghanooni (EEG) - Received copy of house appraisal. Reviewed with client and determined motion to value and avoidance of second deed of trust is appropriate for his case. | 0.70 |
| 25-Aug-10 | EEG - Prepared motion to value real property and avoid lien of Green Tree Servicing with exhibits. | 2.40 |
| 25-Aug-10 | Marlene Gonzalez (MCG) - Prepared proof of service and filing for motion to value. | 0.20 |
| 13-Oct-10 | Lynn Fleischer (TLF) - Motion Tentatively granted. Time includes travel and preparation. Reduced due to multiple hearings. | 0.80 |
| 2-Nov-10 | MCG - Motion to value real property granted. Prepared order granting motion to value and up loaded. | 0.50 |
| 10-Jan-11 | Roxana Reyes (MRR) - Prepared supplemental fee application, addendum, proof of service and envelopes. | 0.60 |
| 12-Jan-11 | EEG - Reviewed and approved supplemental fee app | 0.20 |

| Hours | Rate | | Amount | Employee and Title |
|---|---|---|---|---|
| 3.5 | $395.00 | per hour | $1,382.50 | (EEG - Attorney of Record) |
| 0.8 | $350.00 | per hour | $280.00 | ( TLF - Staff Attorney) |
| 0.5 | $150.00 | per hour | $75.00 | (MCG - Chapter 13 Paralegal) |
| 0.6 | $120.00 | per hour | $72.00 | (MRR - Administrator) |
| Postage and Paper Copy Costs: | | | $94.84 | |
| TOTAL FEES | | | $1,904.34 | |

| Debtor:  | Arsenio Evangelista Baltazar, Jr. |
|----------|------------------------------------|
| Case No: | 2:10-bk-38790-VK                   |

## Paper Copies and Postage Costs

|  |  | Supplemental Fee Application | Motion to Value Real property |
|---|---|---|---|
| **Paper Cost:** | | | |
| | Pages per Document: | 10 | 76 |
| X | Judge, Trustee, Price Law Group Copies - # of Full Copies: | 3 | 3 |
| = | Full Copies -Total Pages: | 30 | 228 |
| | Number of Condensed Service Copies Printed: | 21 | 7 |
| X | (4 pages per Sheet) - Pages per Condensed Service Copy: | 3 | 19 |
| = | Condensed Service Copies - Total Pages: | 63 | 133 |

|  |  |  |  |
|---|---|---|---|
|  | Total Pages Printed: | 93 | 361 |
| X | Cost Per Page: | $0.15 | $0.15 |
| = | **Total Paper Cost:** | **$13.95** | **$54.15** |

| **Postage Cost:** | | | |
|---|---|---|---|
| | Total Copies Sent: | 23 | 9 |
| X | Base Postage per Copy Sent: | $0.44 | $0.78 |
| = | Total Base Postage Cost: | $10.12 | $7.02 |
| | Certified Copies Sent: | 0 | 2 |
| X | Additional Cost Per Certified Copy: | $4.80 | $4.80 |
| = | Total Certified Mail Cost: | $0.00 | $9.60 |

|  |  |  |
|---|---|---|
| Copies Sent Via Overnight Mail: | | 0 |
| Overnight Cost: | | $17.23 |
| Total Overnight Cost: | | $0.00 |

|  |  |  |
|---|---|---|
| Total Postage Cost: | $10.12 | $16.62 |

| Total Paper Copies and Postage Costs: | $94.84 |
|---|---|

# DECLARATION OF MARLENE GONZALEZ

I, MARLENE GONZALEZ, hereby declare as follows:

1. That I am employed as a Bankruptcy Administrator with Price Law Group and as such I have personal knowledge of the following facts and testify hereto that if called upon as witness, I could and would competently testify thereto in a court of law.

2. In 2001, I received a certification from UCLA Extension in Bankruptcy. I have acquired my knowledge in consumer bankruptcy through the course of nine years of work experience.

3. I am a Chapter 13 Bankruptcy Administrator with Price Law Group, APC and my job duties include:

   - Obtaining and forwarding the appropriate documents to the Trustee;
   - Reviewing with clients the hearing procedures; plan payments due; mortgage and adequate protection payments due;
   - Updating court notes and drafting orders;
   - Obtaining the return of repossessed vehicles;
   - Handling client's calls and questions relating to their bankruptcy and procedures;
   - Handling creditor calls and inquiries;
   - Serving and filing (including e-filing) documents;
   - Familiar with Local Bankruptcy Rules for CDCA; EDCA; and SDCA;
   - Prepare supplemental fee applications; and
   - Draft motions for attorneys review.

4. I also assist the attorneys with Spanish/English translations during consultations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of January, 2011 at Encino, California.

_____
Marlene Gonzalez

-1-

# DECLARATION OF M. ROXANA REYES

I, M. ROXANA REYES, hereby declare as follows:

1. That I am employed as a Debt Administrator with Price Law Group and as such I have personal knowledge of the following facts and testify hereto that if called upon as witness, I could and would competently testify thereto in a court of law.

2. I received a Paralegal Certificate from Platt College in 2001. I have worked with Price Law Group since July 2003.

3. I am a Debt Administrator with Price Law Group, APC and my job duties include:
   - Obtaining and forwarding the appropriate documents to the Trustee;
   - Handling client's calls and questions relating to their bankruptcy and procedures;
   - Handling creditor calls and inquiries;
   - Obtaining information and assisting attorneys by updating bankruptcy law software (i.e., Best Case; Gold Mine) ;
   - Familiar with Local Bankruptcy Rules for CDCA; EDCA; and SDCA;
   - Prepare supplemental fee applications; and
   - Draft motions for attorneys review.

4. I also assist the attorneys with Spanish/English translations during consultations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of January, 2011 at Encino, California.

*[signature]*
Roxana Reyes

-1-

| In re: Arsenio Evangelista Baltazar, Jr. | CHAPTER 13 |
|---|---|
| Debtor | CASE NUMBER 2:10-bk-38790-VK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15760 Ventura Blvd., Suite 1100, Encino, CA 91436.

The foregoing document described <u>Application for Supplemental Fees</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __1·26·11__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nancy K Curry (TR)    ecfnc@trustee13.com
Eliza Ghanooni    docket@pricelawgroup.com, eliza@pricelawgroup.com;docket@pricelawgroup.com
William Malcolm    bill@mclaw.org
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __1·26·11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| Via US Mail | Via US Mail | Via US Mail |
|---|---|---|
| The Honorable Ernest M. Robles | Nancy K Curry | Arsenio Evangelista Baltazar, Jr. |
| US Bankruptcy Court | Chapter 13 Trustee | 1042 W 81st Street |
| Roybal Federal Building | 606 South Olive Street, Suite 950 | Los Angeles, CA 90044 |
| 255 E. Temple Street, Suite 1560 | Los Angeles, CA 90014 | |
| Los Angeles, CA 90012-3332 | | |

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1·26·11 | Roxana Reyes | */s/ Roxana Reyes* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: Arsenio Evangelista Baltazar, Jr.<br>Debtor | CHAPTER 13<br>CASE NUMBER 2:10-bk-38790-VK |
|---|---|

## Service List by US Mail

BAC Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bank of America
Bankruptcy Department
Post Office Box 2278
Norfolk, VA 23501

Arvin S Malone
1042 West 81st Street
Los Angeles, CA 90044

Castle Credit Corporation
8430 W. Bryn Mawr Ave. #750
Chicago, IL 60631

Chase Manhattan Bank USA, NA
500 White Clay Center Drive
Newark, DE 19711-5469

Capital One
P.O. Box 60024
City of Industry, CA 91716

Great Lakes Higher Ed. Guaranty Cor
2401 International Lane
Madison, WI 53704

Green Tree Servicing LLC
P.O. Box 94710
Palatine, IL 60094-4710

Frachise Tax Board
P.O. Box 2952
Sacramento, CA 95812

Household Bank
Attn: Bankruptcy/Foreclosure
2700 Sanders Road
Prospect Heights, IL 60070

IndyMac Bank
P.O. Box 78826
Phoenix, AZ 85062-8826

Home Depot
Post Office Box 13065
Roswell, GA 30076-9065

Legal Recovery Law Offices Inc
Mark D Walsh
5030 Camino De La sieta Street #340
case no: 10K11710
San Diego, CA 92108

Linders
800 Walnut St.
Des Moines, IA 50309

IRS-Internal Revenue Srvc-CIO
Post Office Box 21126
Stop N781
Philadelphia, PA 19114

One West Bank Group
6900 Beatrice Dr
Kalamazoo, MI 49009

Superior Court of CA-Los Angeles
CASE NO. 10K11710
111 North Hills Street
Los Angeles, CA 90012

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Wescom Credit Union
5601 East La Palma Ave.
Anaheim, CA 92807

Wescom Credit Union
P.O. Box 7027
Pasadena, CA 91109-7315

XLS/CIT EDUC Loan Trust
1500 W. 3rd St. Ste 125
Cleveland, OH 44113

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1