| | FOR COURT USE ONLY |
|---|---|
| Omid Moezzi (SBN 260145)<br>Nanc Curry, Chapter 13 Trustee<br>606 S. Olive St., Ste 950<br>Los Angeles, CA 90014<br>Tel: 213-689-3014<br><br><br>Chapter 13 Trustee  Nancy Curry | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-38790 |
| In re:<br><br>ARSENION EVANGELISTA BALTAZAR JR.<br><br><br><br>Debtor(s). | **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES**<br><br>(No Hearing Required) |

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed on  1/26/11  as docket entry number  42 , provides the following response to the Application:

☐ RECOMMENDED

☐ RECOMMENDED on the following conditions:
_____
_____
_____    ☐ See attached sheet.

☑ NOT RECOMMENDED for the following reasons:
The fee application for $1,904.34 in connection solely to a non-adversary Motion to Determine Value and Avoid a Lien is excessive &
appearance was not required at the hearing on 10/13/10 for the Motion to Determine Value and Avoid Lien.
_____    ☒ See attached sheet.

☐ NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE

☑ SET FOR HEARING.

Dated:  2/7/11                            /s/ Omid Moezzi
                                          Chapter 13 Trustee  Staff Attorney

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 **3015-1.11**

# United States Bankruptcy Court
# Central District of California

Los Angeles

Judge Victoria Kaufman, Presiding

**Courtroom 1675 Calendar**

---

**Wednesday, October 13, 2010**                                                                                    **Hearing Room   1675**

**2:30 pm**

**2:10-38790**     **Arsenio Evangelista Baltazar**                                                                 **Chapter   13**

**#10.00**     Motion for orders determining value of real property,
              extent of secured claims and extinguishing the lien
              of Green Tree Servicing, LLC

                                  Docket #:   14

**Tentative Ruling:**

Grant subject to completion of chapter 13 plan.  The claim of this junior lienholder is to be treated as an unsecured claim and to be paid through the plan pro rata with all other unsecured claims.

The movant must submit the order using the form posted on the Court's website, located at www.cacb.uscourts.gov, under "Information," "Individual Judges" and "Kaufman, V."

Note:  No response has been filed.  Accordingly, no court appearance by movant is required.  Should an opposing party file a late opposition or appear at the hearing, the Court will determine whether further hearing is required and movant will be so notified.

|                    Party Information                    |
|---|

**Debtor(s):**

    Arsenio Evangelista Baltazar                    Represented By
                                                      Eliza  Ghanooni

**Movant(s):**

    Arsenio Evangelista Baltazar                    Represented By
                                                      Eliza  Ghanooni

**Trustee(s):**

    Nancy K Curry (TR)

---

| In re Arsenio Evangelista Baltazar Jr. | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-38790 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
606 S. Olive St., Ste 950, Los Angeles, CA 90014

A true and correct copy of the foregoing document described as TRUSTEE'S COMMENTS ON OR OBJECTION TO TO APPLICATION FOR SUPPLEMENTAL FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/7/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor  
Arsenion Baltazar  
1042 W. 81st St.  
Los Angeles CA 90044

Debtor's Attorney  
Price Law Group  
Eliza Ghanooni  
15760 Ventura Blvd., #1100, Encino CA 91436

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/7/11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest Robles  
US Bankruptcy Court  
255 E. Temple St., Ste 1560  
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/7/11 | Omid Moezzi | /s/ Omid Moezzi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**3015-1.11**